CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

February 24, 2020

## LETTER ORDER

**Re:** *Amoruso, et al. v. BJ's Wholesale Club, Inc., et al.*
**Civil Action No. 19-18846 (ES) (SCM)**

Dear counsel:

On November 8, 2019, plaintiffs Kevin Amoruso and Renee Amoruso ("Plaintiffs") moved to remand this action to the Superior Court of New Jersey, Law Division, Essex County. (D.E. No. 11). Defendants BJ's Wholesale Club, Inc. and Cresskill Hills, LLC (collectively, "Defendants") oppose Plaintiffs' motion (D.E. No. 23), and Plaintiffs filed a reply in support of their motion (D.E. No. 27).

On February 3, 2020, the Honorable Michael A. Hammer, U.S.M.J., issued a Report and Recommendation, recommending that the Court grant Plaintiffs' motion. (D.E. No. 29 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). (*Id.* at 10). The parties did not file any objections.

Having reviewed the parties' submissions and Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 24th day of February 2020,

**ORDERED** that this Court ADOPTS Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that defendant Cresskill Hills, LLC's motion to dismiss (D.E. No. 7) and Plaintiffs' motion to amend (D.E. No. 30) are denied as moot; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 7, 11, 29 and 30; and it is further

**ORDERED** that the case is REMANDED to the Superior Court of New Jersey, Law Division, Essex County.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**